**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CHRISTIAN J. MUNDIS | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:18-cv-00165-RGA |
| JPMORGAN CHASE & CO. | ) ) ) |
| Defendant. | ) ) |

**JOINT STIPULATION AND [PROPOSED] ORDER FOR BINDING ARBITRATION
AND FOR A DISMISSAL OF CIVIL PROCEEDINGS**

IT IS STIPULATED AND AGREED by Plaintiff Christian J. Mundis ("Mundis") and Defendant JPMorgan Chase Bank, N.A. ("JPMorgan," with Mundis, the "Parties"), by and through their undersigned attorneys, as follows:

WHEREAS, this case was originally filed by Mundis against JPMorgan in the United States District Court for the District of Delaware on January 29, 2018;

WHEREAS, JPMorgan contends a binding arbitration agreement exists between Mundis on the one hand, and JPMorgan on the other hand (the "Arbitration Agreement"), a true and correct copy of which is attached hereto as Exhibit A;

WHEREAS, Mundis agrees to submit his claims to binding arbitration within sixty (60) days of the date of this Stipulation;

WHEREAS, the Parties have agreed to submit all claims and causes of action against Defendant asserted in this lawsuit to binding arbitration;

NOW THEREFORE, IT IS HEREBY STIPULATED AND ORDERED that:

- 2 -

      1.      The Parties agree to submit Mundis' claims asserted against JPMorgan, as set forth in Mundis' Complaint filed on January 29, 2018, to binding arbitration (the "Arbitration") and pursuant to the Arbitration Agreement;

      2.      The Parties agree that the Arbitration shall be governed by the most recent version of the American Arbitration Association's Employment Arbitration Rules and Mediation Procedures (the "Rules"), except to the extent inconsistent with the Arbitration Agreement, and that the Arbitration also shall be governed by the Arbitration Agreement to the extent the Rules are inconsistent or silent;

      3.      The Parties further agree that they are governed by the Arbitration Agreement except that Mundis is permitted to take up to a maximum of two (2) depositions in excess of the three (3) depositions permitted under paragraph 7(d) of the Arbitration Agreement;

      4.      Nothing in this Stipulation shall be construed as amending, modifying or altering any other term of the Arbitration Agreement; and

      5.      All court proceedings in the above-captioned case should be dismissed without prejudice.

Dated: June 15, 2018
LAROSA & ASSOCIATES

By */s/ John M. LaRosa*
John M. LaRosa (No. 4275)
1225 King Street, Suite 802
Wilmington, DE 19801-3246
jlr@larosalaw.com
(302) 888-1290

Attorney for Plaintiff,
CHRISTIAN J. MUNDIS

REED SMITH LLP

By */s/ Brian M. Rostocki*
Brian M. Rostocki (No. 4599)
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
brostocki@reedsmith.com
(302) 778-7500

Attorneys for Defendant,
JPMORGAN CHASE BANK, N.A.

IT IS SO ORDERED this 18 day of June, 2018.

_/s/ Richard G. Andrews_
Hon. Richard G. Andrews